IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ELMO GREER & SONS, LLC, | ) | |
| | ) | |
|     Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-0711 |
| | ) | Judge Trauger |
| TRAVELERS CASUALTY & SURETY | ) | |
| COMPANY OF AMERICA, | ) | |
| | ) | |
|     Defendant/Counter-Plaintiff. | ) | |

## O R D E R

It is hereby **ORDERED** that the initial case management conference scheduled for October 24, 2011 at 1:00 p.m. is hereby **RESET** for the same day at 9:00 a.m.

It is so **ORDERED**.

ENTER this 2nd day of September 2011.

_____
ALETA A. TRAUGER
U.S. District Judge